**1104**

No. 1121, Misc.   INGRAM v. FIELD, MEN'S COLONY SUPERINTENDENT.   Sup. Ct. Cal.   Certiorari denied.

No. 1122, Misc.   TRIGG v. ILLINOIS.   Sup. Ct. Ill. Certiorari denied.

No. 1123, Misc.   LOPEZ v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 1124, Misc.   PERRY v. WADE, DISTRICT ATTORNEY OF DALLAS COUNTY.   Ct. Crim. App. Tex.   Certiorari denied.

No. 1126, Misc.   MORALES v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.   *Julius J. Novack* for petitioner.

No. 1127, Misc.   MERCER v. AMARANDO, CLERK OF QUARTER SESSIONS COURT, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 1134, Misc.   MARTIN v. MARONEY, CORRECTIONAL SUPERINTENDENT, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 1136, Misc.   BERUBE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg, and Jerome M. Feit* for the United States.

No. 1143, Misc.   HOLLAND v. SHEEHY, REFORMATORY SUPERINTENDENT, ET AL.   C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg, and Mervyn Hamburg* for respondents.